UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERK'S [...]

CIVIL ACTION NO. _____

U.S. DISTRICT COURT
DISTRICT OF [...]

ROY SOMERS,  )
    Plaintiff  )
  )
vs.  )  04 - 30067 - KPN
  )
JEWISH GERIATRIC SERVICES, )
INC., CARR PROPERTY )
MANAGEMENT, INC., )
    Defendants  )

## NOTICE OF FILING OF NOTICE OF REMOVAL WITH THE UNITED STATES DISTRICT COURT

Defendants hereby give notice of their filing with the United States District Court, District of Massachusetts, Western Division, their Notice of Removal. A copy of the Notice of Removal is attached hereto as Exhibit A.

THE DEFENDANTS

By /s/ Nancy Frankel Pelletier
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

359877