UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV30067-KPN

| | |
|---|---|
| ROY SOMERS,<br>     Plaintiff | )<br>)<br>) |
| vs. | )<br>)<br>) |
| JEWISH GERIATRIC SERVICES,<br>INC., and CARR PROPERTY<br>MANAGEMENT, INC.,<br>     Defendants | )<br>)<br>)<br>) |

## DEFENDANTS' MOTION FOR ORDER OF REMAND

NOW COME the defendants in the above-captioned matter and respectfully request that this Court remand the above-captioned matter to the Housing Court wherein it was originally filed.

Respectfully submitted,

THE DEFENDANTS
JEWISH GERIATRIC SERVICES, INC.,
and CARR PROPERTY MANAGEMENT, INC.

By_____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301   Fax (413) 785-4658
BBO No.: 544402

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 4|8|04 _____

360583