UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C. A. NO. 04-30067-KPN

| | |
|---|---|
| ROY SOMERS, )<br>    Plaintiff )<br>    vs. )<br>JEWISH GERIATRIC SERVICES, )<br>INC., et.al, )<br>    Defendants ) | PLAINTIFF'S ASSENT TO<br>DEFENDANTS' MOTION TO<br>REMAND |

Plaintiff hereby notes his assent to defendants' motion to remand this action, which was untimely removed, back to the Housing Court of Western Massachusetts, Hampden Division. Plaintiff respectfully requests that the Court act on this "assented to" motion as expeditiously as possible so that plaintiff can proceed with the prosecution of his action in state court.

Dated: April 9, 2004

_____
J. Paterson Rae
BBO # 410520
Attorney for plaintiff
Western Mass. Legal Services
127 State Street, 4th floor
Springfield, MA 01103

### Certificate of Service

I, J. Paterson Rae, certify that the above document was mailed to counsel for the defendants on April 9, 2004.

_____
J. Paterson Rae